# United States Court of Appeals ch

For the Seventh Circuit
Chicago, Illinois 60604

July 31, 2003

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

| | |
|---|---|
| NATALIA KHARKHAN, | ] Petition for Review of |
|      Petitioner, | ] an Order of the Board of |
| | ] Immigration Appeals |
| No. 02-2177        v. | ] |
| | ] No. A70-488-310 |
| JOHN D. ASHCROFT, | ] |
|      Respondent. | ] |
| | ] |

Upon consideration of the **RESPONDENT'S MOTION FOR TECHNICAL CORRECTION OF DECISION**, filed on July 22, 2003, by counsel for the respondent,

**IT IS ORDERED** that the motion is **GRANTED**. The opinion of this court issued on July 16, 2003, is **AMENDED** as follows:

Replace the text of footnote 1 with the following:

On March 1, 2003, the INS ceased to exist as an independent agency under the umbrella of the United States Department of Justice, and its functions were transferred to the newly-formed Department of Homeland Security. *See* Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135 (Nov. 25, 2002). The transition, however, is of little practical import to our disposition of the matter.